# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-3759
_____

DOMINIC ALAN DIMAIO,

Petitioner,

v.

BILL LEEPER, Sheriff,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


December 3, 2018


PER CURIAM.

DENIED.

WOLF, KELSEY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Dominic Alan DiMaio, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.